IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MELISSA RATCLIFF HARPER,           ) | |
|                                    ) | |
|            Plaintiff,              ) | |
|                                    ) | |
| v.                                 ) | Civil Action No.: 7:20-cv-703 |
|                                    ) | |
| CARILION MEDICAL CENTER,           ) | |
|                                    ) | |
|            Defendant.              ) | |

## STIPULATION OF DISMISSAL

The parties hereto stipulate and agree that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney's fees.

Date: June 7, 2021

AGREED:

| | |
|---|---|
| _____/s/ Brittany M. Haddox_____ | /s/ Agnis C. Chakravorty _____ |
| Brittany M. Haddox, Esq. (VSB #86416) | Agnis C. Chakravorty (VSB No. 30225) |
| Thomas E. Strelka, Esq. (VSB #75488) | WOODS ROGERS PLC |
| L. Leigh R. Strelka, Esq. (VSB #73355) | Wells Fargo Tower |
| N. Winston West, IV, Esq. (VSB #92598) | 10 S. Jefferson St., Suite 1400 |
| Monica L. Mroz, Esq. (VSB #65766) | Roanoke, Virginia 24038 |
| STRELKA EMPLOYMENT LAW | Phone: (540) 983-7727 |
| Warehouse Row | E-mail achakrav@woodsrogers.com |
| 119 Norfolk Avenue, S.W., Suite 330 | |
| Roanoke, VA  24011 | *Counsel for Defendant* |
| Tel:  540-283-0802 | |
| brittany@strelkalaw.com | |
| thomas@strelkalaw.com | |
| leigh@strelkalaw.com | |
| winston@strelkalaw.com | |
| monica@strelkalaw.com | |

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2021, a true and accurate copy of the foregoing was electronically provided to all counsel of record.

/s/ *Brittany M. Haddox*<br>Brittany M. Haddox